UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)          CASE NO.: _____

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ALLEYNE, BRUCE DAVID _____

Last Four Digits of SS# XXX-XX-2232 _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT**: Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ __209.71__ for months __1__ to __60__ ;
  B.  $ _____ for months ____ to ____ ;
  C.  $ _____ for months ____ to ____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ __3,500.00 + $775.00 (Motion to Strip) = $4,275.00__
                  TOTAL PAID       $ __2,000.00__
                  Balance Due      $ __2,275.00__ payable $ __113.75__ month (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____
Address _____
_____
Loan # _____

Arrearage on Petition Date $ _____
Arrears Payment   $ _____ /month (Months ____ to ____)
Regular Payment   $ _____ /month (Months ____ to ____)
Arrears Payment   $ _____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree Servicing – 2nd Mortgage Account No. *7405 (Homestead Property Located at 1265 S.W. Alcantarra Blvd. Port St. Lucie, FL 34953) | $71,000.00 | 0% | $0.00 | 1 – 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service _____  Total Due $ __1,200.00__
                                          Payable $ __20.00__ /month (Months __1__ to __60__)

Unsecured Creditors: Pay $ __56.89__ month (Months __1__ to __12__); Pay $ __170.64__ month (Months __13__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor is current on payments for his homestead property located at 1265 S.W. Alcantarra Blvd, Port St. Lucie, FL 34953 which is secured by American Home Mortgage Servicing (First Mortgage *0803) and the St. Lucie County Tax Collector and will continue to pay said creditors direct. The Debtor's friend, Dawn Boyd-Blount is making any and all payments on the 2006 Suzuki Forrester which is secured by Mid-Hudson Valley Federal Credit Union (*0000). Ms. Boyd-Blount will continue to pay said creditor direct.

*/s/ Bruce D Alleyne*
Bruce David Alleyne

Date: __1/27/10__

LF-31(rev. 8/01/06)